■ In the Matter of GRACE FOOD DISTRIBUTION, INC., et al., Respondents, v OSCAR GRUSS & SON, INCORPORATED, et al., Appellants. [778 NYS2d 715]—Appeals by Oscar Gruss & Son, Incorporated, and Christopher Lim Fong, from an order and judgment (one paper) of the Supreme Court, Kings County (Harkavy, J.), dated March 24, 2003.

Ordered that the order and judgment is affirmed, with one bill of costs, for reasons stated by Justice Harkavy at the Supreme Court. Florio, J.P., Luciano, Townes and Fisher, JJ., concur.